UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
WINIK MEDIA LLC and GREGG WINIK, :
: Civil Action No. 1:16-CV-02483 (DAB)
                        Plaintiffs, :
:
     -against- : **NOTICE OF PLAINTIFF WINIK**
: **MEDIA LLC'S MOTION FOR A**
: **DEFAULT JUDGMENT**
ONE UP GAMES LLC, :
:
                       Defendant. :
---------------------------------------------------------------- X

     PLEASE TAKE NOTICE THAT plaintiff Winik Media LLC, by and through its undersigned counsel, upon the accompanying Declaration of Bertrand C. Sellier and the exhibit thereto, and all of the papers and pleadings heretofore had herein, will move before the Hon. Deborah A. Batts at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 24B, New York, New York, for an Order granting a default judgment to Winik Media LLC on the first cause of action in the amount of $800,000, plus interest as provided by law, and for such other further relief as the Court may deem just and proper.

Executed in New York, NY
Dated: March 28, 2017

                                           ROTTENBERG LIPMAN RICH, P.C.

                                           By:   /s/ Bertrand C. Sellier
                                                   Bertrand C. Sellier, Esq.
                                         230 Park Avenue, 18th Floor
                                         New York, New York 10169
                                         Tel.: (212) 661-3080
                                         bsellier@rlrpclaw.com

                                         *Attorneys for Plaintiffs*