```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Winik Media LLC, Gregg Winik,

                Plaintiffs,        16-cv-2483 (DAB)
                                   ORDER

        -v.-


One Up Games LLC,

                Defendant.
---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendant One Up Games LLC's letter incorrectly dated March 31, 2017 requesting a two-day extension to secure counsel and enter a Notice of Appearance.

Defendant's request is granted. Defendant is ORDERED to find counsel to represent it by March 29, 2017. Defendant is advised that failure to enter a Notice of Appearance by March 29, 2017 may result in denial of its Motion to Dismiss.

The Clerk of Court is directed to send copies of this Order to the following addresses and email addresses immediately:

One Up Games, LLC
c/o OneUpSports.com
12 West 21st Street, 4th Floor
New York, NY 10010

daren.trousdell@oneupmediagroup.com,

daren@1up.fm, omar.rizvi@oneupmediagroup.com, omar@1up.fm; and

Corporate Creations Network Inc.
3411 Silverside Road #104
Rodney Building
Wilmington, DE 19810

SO ORDERED.

DATED:    New York, New York
          March 28, 2017

_____
Deborah A. Batts
United States District Judge



March 31, 2017

**Personal & Confidential**

Dear Judge Batts:

In the case of Winik Media LLC, Gregg Winik, Plaintiffs v. One Up Games LLC, Defendant, we respectfully ask for an extension to the Notice of Appearance that needed to be filed by March 27, 2017. We are in the final steps of seeking council and should have it completed by Wednesday, March 29, 2017 at which time the Notice of Appearance will be filed.

Regards,

Daren Trousdell
Chief Executive Officer

12 W. 21st Street, 4th Floor • New York, NY 10004 • (646) 930-4200