UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Winik Media LLC, Gregg Winik,

                Plaintiffs,        16-cv-2483 (DAB)
                                 ORDER


        -v.-


One Up Games LLC,

                Defendant.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

      The Court is in receipt of Plaintiff's letter of April 7, 2017.

      Regarding Count 1 of the Complaint, the proposed Motion for Default Judgment is incomplete and will not be granted until completed appropriately. See SDNY Local Rules 55.1; 55.2(b).


      The Clerk of Court is directed to send copies of this Order to the following addresses and email addresses:


One Up Games, LLC
c/o OneUpSports.com
12 West 21st Street, 4th Floor
New York, NY 10010

daren.trousdell@oneupmediagroup.com,
daren@1up.fm, omar.rizvi@oneupmediagroup.com,
omar@1up.fm; and

Corporate Creations Network Inc.

3411 Silverside Road #104
Rodney Building
Wilmington, DE 19810

SO ORDERED.

DATED:     New York, New York
           April 12, 2017


                              _____
                                   Deborah A. Batts
                              United States District Judge