ROTTENBERG LIPMAN RICH, P.C.

THE HELMSLEY BUILDING
230 PARK AVENUE
EIGHTEENTH FLOOR
NEW YORK, NEW YORK 10169
TELEPHONE (212) 661-3080
TELECOPIER (212) 867-1914

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
250 PEHLE AVENUE, SUITE 101
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

WWW.RLRPCLAW.COM

BERTRAND C. SELLIER
MEMBER
BSELLIER@RLRPCLAW.COM

October 13, 2017

**By ECF & HAND DELIVERY**

Hon. Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

      Re:    Winik Media LLC and Gregg Winik v. One Up Games, LLC
               Index No.: 16-CV-02483 (DAB)

Dear Judge Batts:

      This firm represents plaintiffs Winik Media, LLC ("Winik Media") and Gregg Winik ("Winik") in the above-referenced action.

      On May 9, 2017, the Court entered a default judgment against defendant One Up Games, LLC, and referred the action to Magistrate Judge Cott for an inquest into damages. In a Report and Recommendation dated October 11, 2017, Magistrate Judge Cott recommended that the Court award damages to Winik Media in the amount of $650,000. Magistrate Judge Cott also recommended that prior to issuing the award the Court give Winik Media 30 days to move to set aside the default judgment and request leave to amend its pleading to seek additional damages.

      This is to advise the Court that Winik Media has no objection to the Report and Recommendation, and does not wish to seek any additional damages.

      We appreciate Your Honor's consideration of these matters.

                            Respectfully,

                            /S/

                            Bertrand C. Sellier

Cc: Magistrate Judge James L. Cott (by ECF)